**LOUIS B. FINE FAMILY, LLC, Appellant,**

v.

**John E. POTTER, Postmaster General, Appellee.**

No. 2006–1529.

United States Court of Appeals, Federal Circuit.

July 13, 2007.

Morris H. Fine, Fine, Fine, Legum & McCracken, LLP, of Virginia Beach, VA, argued for appellant.

Robert E. Chandler, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for appellee. With him on the brief were Peter D. Keisler, Assistant Attorney General, and Donald E. Kinner, Assistant Director.

Before RADER, BRYSON and MOORE, Circuit Judges.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.